

In The

# Court of Appeals
## Seventh District of Texas at Amarillo

No. 07-22-00260-CV

ELIJAH RATCLIFF, APPELLANT

V.

JENKINS AND YOUNG PC, ET AL., APPELLEES

On Appeal from the 99th District Court
Lubbock County, Texas
Trial Court No. DC-2022-CV-0168, Honorable Phillip Hays, Presiding

October 14, 2022

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and YARBROUGH, JJ.

Appellant, Elijah Ratcliff, proceeding pro se, filed a notice of appeal in the referenced cause without identifying the judgment or order from which he seeks to appeal. The trial court clerk has confirmed that no judgment has been issued and the case remains pending. We, therefore, dismiss the appeal for want of jurisdiction.

Our appellate jurisdiction is limited to appeals from final judgments and interlocutory orders made appealable by statute. *See Lehmann v. Har-Con Corp.*, 39

S.W.3d 191, 195 (Tex. 2001); *Stary v. DeBord*, 967 S.W.2d 352, 352–53 (Tex. 1998) (per curiam). By letter of September 16, 2022, we notified Ratcliff that it did not appear that a final judgment or appealable order had been issued by the trial court and directed him to show how we have jurisdiction over this appeal by September 26. Ratcliff has not filed a response or had any further communication with this Court to date.

Because Ratcliff has not presented this Court with a final judgment or appealable order, his appeal is dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

Per Curiam

2